■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP L. CANNON, Appellant. [638 NYS2d 324] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered July 27,1993, convicting him of murder in the second degree (two counts), robbery in the first degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's motion for a trial order of dismissal was not specific enough to preserve the issue of legal sufficiency for appellate review *(see,* CPL 470.05 [2]; *People v Pinder,* 199 AD2d 544). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Dixon,* 174 AD2d 689; *People v Jamison,* 173 AD2d 341; *People v Robinson,* 161 AD2d 676). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Miller, Thompson and Joy, JJ., concur.